UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

October 6, 2016

PRESENT: PATRICIA MINALDI, Judge Presiding
        DD Juranka, Court Reporter
        Tina Benoit, Minute Clerk

COURT OPENED: 10:05 AM      COURT ADJOURNED: 10:22 AM
Statistical Time: /17

MINUTES OF COURT
(SENTENCING)
****************************************************************************
CASE NO. 2:12-CR-00112-001
DEFENDANT: **KEVIN HENRY**
GOV COUNSEL: Kelly Uebinger
DEFENSE COUNSEL: Todd Clemons
****************************************************************************

Case called for sentencing.

There were no objection to the presentence report.

**Kevin Henry**, is sentenced to twenty-four (24) months on Count 1 of the Indictment.

Upon release from incarceration, the defendant shall be placed on supervised release for a term of three (3) years on Count 1, with the standard, mandatory and special conditions as follows:

    1) The defendant shall not possess a firearm, destructive device, or illegal substance;

    2) The defendant shall perform a minimum of 100 hours of community service within the first 12 months of supervision; and

    3) At any time the defendant is not employed on a full-time basis, he shall complete up to 40 hours of community service work per week, at the discretion of the U.S. Probation Office;

    4) The defendant shall provide Probation access of any requested financial information for the purposes of monitoring the payment of restitution.

    5) The defendant is to continue paying child support arrearages as agreed during the term of supervised release.

The mandatory drug testing requirement is suspended.

Minutes of Court
October 6, 2016
Page 2

The Court finds that the defendant does not have the ability to pay a fine and no fine is assessed.

The defendant shall pay restitution in the amount of $78,513.34 to the victims of this offense. Payments are to commence 30 days after beginning the term of supervised release and restitution shall be paid at the rate of at least $500.00 per month. Payments are to be made payable to Clerk, U.S. District Court, and forwarded to U.S. District Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, for distribution to the victims. Additionally, any federal or state income tax refund payable to the defendant shall be surrendered to the the Clerk of Court and applied to any outstanding restitution balance. The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment or reduction in payment in the future.

Defendant is to pay the standard assessment of $100.00 per count, on Count 1 to the Crime Victim Fund immediately.

The defendant is advised by the court of his right to appeal, time limits and right to counsel.

The defendant is to surrender as directed on or before November 4, 2016 at 2:00 P.M.

On motion of the government, Count 2 is ordered dismissed.